Fill in this information to identify the case:

United States Bankruptcy Court for the: SOUTHERN District of TEXAS (State)

Case number (*If known*) ______ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

ATLAS OPERATING, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

N/A

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

15603 Kuykendahl, Suite 200
Number Street

Houston TX 77090
City State ZIP Code

Harris
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor ATLAS OPERATING, LLC
Name
Case number (if known) ____________

**6. Debtor's website** (URL) https://atlasoperating.com

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: ____________

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor ____________ Relationship ____________

District ____________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

Debtor ____________ Relationship ____________

District ____________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor ATLAS OPERATING, LLC
Name

Case number (if known) ____________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Energy Fishing & Rental Services, Inc. | Goods & Services (See Ex. A) | $ 81,514.50 |
| Newpark Drilling Fluids, LLC | Goods & Services (See Ex. B) | $ 245,143.68 |
| Luera's Welding Services Inc. | Goods & Services (See Ex. C) | $ 396,927.75 |
| | Total of petitioners' claims | $ Cont'd |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Energy Fishing and Rental Services, Inc.
Name

1901 Clarkwood Rd., #12
Number Street

Corpus Christi | TX | 78409
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Zackry Lange
Name

1901 Clarkwood Rd., #12
Number Street

Corpus Christi | TX | 78409
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/16/2024
MM / DD / YYYY

✗ ____________
Signature of petitioner or representative, including representative's title

**Attorneys**

Holly C. Hamm
Printed name

Mehaffy Weber, PC
Firm name, if any

2615 Calder St., Suite 800
Number Street

Beaumont | TX | 77702
City | State | ZIP Code

Contact phone 409-951-7762 Email HollyHamm@mehaffyweber.com

Bar number 24036713

State Texas

✗ ____________
Signature of attorney

Date signed 08/23/2024
MM / DD / YYYY

Debtor ATLAS OPERATING, LLC
Name

Case number (If known) ______

Name and mailing address of petitioner

Newpark Drilling Fluids, LLC
Name

9320 Lakeside Blvd., Suite 100
Number Street

The Woodlands TX 77381
City State ZIP Code

Name and mailing address of petitioner's representative, if any

David Paterson
Name

9320 Lakeside Blvd., Suite100
Number Street

The Woodlands TX 77381
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/23/24
MM / DD / YYYY

x [signature]
Signature of petitioner or representative, including representative's title

Holly C. Hamm
Printed name

MehaffyWeber, PC
Firm name, if any

2615 Calder, Suite 800
Number Street

Beaumont TX 77702
City State ZIP Code

Contact phone 409-951-7762 Email HollyHamm@MehaffyWeber.com

Bar number 24036713

State Texas

x [signature]
Signature of attorney

Date signed 08/23/2024
MM / DD / YYYY

Name and mailing address of petitioner

Luera's Welding Service Inc.
Name

3193 TX-44
Number Street

Alice TX 78332
City State ZIP Code

Name and mailing address of petitioner's representative, if any

Mateo Luera
Name

3193 TX-44
Number Street

Alice TX 78332
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-19-24
MM / DD / YYYY

x [signature]
Signature of petitioner or representative, including representative's title

Holly C. Hamm
Printed name

MehaffyWeber, PC
Firm name, if any

2615 Calder, Suite 800
Number Street

Beaumont TX 77702
City State ZIP Code

Contact phone 409-951-7762 Email HollyHamm@MehaffyWeber.com

Bar number 24036713

State Texas

x [signature]
Signature of attorney

Date signed 08/23/2024
MM / DD / YYYY

**Name of Debtor:** **ATLAS OPERATING, LLC** **Case No.:** ____________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing I true and correct according to the best of their knowledge, information and belief.

| | |
|---|---|
| Alesha Pascual Credit Manager<br>Signature of Petitioner or Representative (state title) | x [signature] 8/23/2024<br>Signature of Attorney Date |
| Cudd Pumping Services, Inc. 8/16/2024<br>Name of Petitioner Date Signed | MehaffyWeber, PC<br>Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Alesha Pascual, Credit Mgr<br>PO Box 203379<br>Dallas, TX 75320 | 2615 Calder, Suite 800<br>Address<br>Beaumont, TX 77702<br>Telephone No. 409-951-7762 |
| Alesha Pascual Credit Manager<br>Signature of Petitioner or Representative (state title) | x [signature] 8/23/2024<br>Signature of Attorney Date |
| Thru Tubing Solutions, Inc. 8/16/2024<br>Name of Petitioner Date Signed | MehaffyWeber, PC<br>Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Alesha Pascual, Credit Mgr<br>PO Box 203379<br>Dallas, TX 75320 | 2615 Calder, Suite 800<br>Address<br>Beaumont, TX 77702<br>Telephone No. 409-951-7762 |
| x ____________________<br>Signature of Petitioner or Representative (state title) | x ____________________<br>Signature of Attorney Date |
| ____________________<br>Name of Petitioner Date Signed | ____________________<br>Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity ____________________ | Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cudd Pumping Services, Inc. | Goods & Services (See Ex. D) | $521,674.12 |
| Thru Tubing Solutions, Inc. | Goods & Services (See Ex. E) | $349,259.54 |
| | | |
| | *Total Amount of Petitioners' Claims* | **$1,594,519.59** |

**Plus interest and attorney's fees*